NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-0292

GRACIELA CHAVEZ SALINAS AND ROY SALINAS

VERSUS

LAKE CHARLES MEMORIAL HOSPITAL AND OBG-1

**********

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 2001-4298
HONORABLE G. MICHAEL CANADAY, DISTRICT JUDGE

**********

JOHN D. SAUNDERS
JUDGE

**********

Court composed of John D. Saunders, Marc T. Amy, and Glenn B. Gremillion, Judges.

Amy, J., concurs in the result.

AFFIRM.

John E. Bergstedt
The Bergstedt Law Firm
P. O. Box 1884
Lake Charles, LA 70602
(337) 436-4600
Counsel for: Defendant/Appellee
OBG-1

**John Stanton Bradford**
**STOCKWELL, SIEVERT, etc.**
**P. O. Box 2900**
**Lake Charles, LA 70602**
**(337) 436-9491**
**Counsel for: Defendant/Appellee**
**Lake Charles Memorial Hospital**

**John Gregory Bergstedt**
**Bergstedt Law Firm**
**One Lakeshore Dr., #800**
**Lake Charles, LA 70601**
**(337) 436-4600**
**Counsel for: Defendant/Appellee**
**OBG-1**

**Randall Scott Iles**
**Attorney at Law**
**P. O. Box 3385**
**Lafayette, LA 70502**
**(337) 234-8800**
**Counsel for: Plaintiff/Appellant**
**Graciela Chavez Salinas**
**Roy Salinas**

**Benjamin Joseph Guilbeau**
**Stockwell, Sievert, Viccellio**
**P. O.  Box 2900**
**Lake Charles, LA 70602-2900**
**(337) 436-9491**
**Counsel for: Defendant/Appellee**
**Lake Charles Memorial Hospital**